UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____
_____

CARLOS RAMONE SARGENT,                          Civil No. 05-2646 (RHK/JSM)

           Petitioner,

v.                                                              **ORDER**

STATE OF MINNESOTA,

           Respondent.
_____

        The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron dated

November 21, 2005.  No objections have been filed to that Report and Recommendation

in the time period permitted.

        Based upon the Report and Recommendation of the Magistrate Judge, and all of

the files, records and proceedings herein,

        **IT IS HEREBY ORDERED**:

        1.  The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

        2.  Petitioner's application for leave to proceed in forma pauperis (Doc. No. 3) is

**DENIED**;

        3.  Petitioner's Application for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

and

        4.  This action is **DISMISSED WITH PREJUDICE**.


Dated: December 20, 2005

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge